In the Matter of the Application of JAMES F. STAPLETON, Petitioner, for a Certiorari Order against JOSEPH A. WARREN, as Police Commissioner of the Police Department of the City of New York, Respondent.— Order of certiorari dismissed and determination confirmed, with ten dollars costs and disbursements to the respondent. The charges having been proved beyond a question of doubt this court has no power to review the discretion of the commissioner as to the extent of the punishment imposed. (*People ex rel. Berlin* v. *Bingham*, 124 App. Div. 553; *People ex rel. McAleer* v. *French*, 119 N. Y. 502; *People ex rel. Burke* v. *Waldo*, 163 App. Div. 28.) Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.

ERNEST ANGELL, as Trustee in Bankruptcy of the I. S. C. CORPORATION, Appellant, v. NEW YORK TRUST COMPANY, as Executor, etc., of GEORGE L. RICKARD, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.

HERBERT N. SNOW, Appellant, v. LEO S. SACHAROFF and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.

GEORGE J. KOCH, Respondent, v. SUSQUEHANNA SILK MILLS, Appellant, Impleaded, etc.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the finding of the jury that the defendant was negligent is against the weight of the evidence. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.

JOHN J. CAHN, Appellant, v. RUTH CAHN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.

WALTER C. LOUCHHEIM and Others, Respondents, v. JOHN MCKEON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.

PASQUALE SALESE, Respondent, Appellant, v. THE COLONIAL LIFE INSURANCE COMPANY OF AMERICA, Defendant, Impleaded with MARY SPANO, as Administratrix, etc., of PIETRO SFORZA, Deceased, Appellant, Respondent.— Order, so far as appealed from, affirmed, without costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.

GLOBE AUTOMATIC SPRINKLER COMPANY, Appellant, v. MILLER ENTERPRISES, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.

PENZANCE REALTY CO., INC., Respondent, v. THE OS-KO REALTY CORPORATION, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant Os-Ko Realty Corporation to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.

S. SIDNEY STERN and Another, Copartners, etc., Respondents, v. MANNHEIM INSURANCE COMPANY OF MANNHEIM, GERMANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that there is no evidence to show that the damage to the shipment occurred while the goods were subject to the terms of the policy. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.